173 So. 925

**Willie STEEN v. STATE.**

**8 Div. 400.**

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Appeal dismissed.

169 So. 913

**Dan STEPHENS, alias Stevens, v. STATE.**

**7 Div. 209.**

Court of Appeals of Alabama.
June 2, 1936.

BRICKEN, Presiding Judge.
Affirmed.

169 So. 913

**Jim STEWART v. STATE.**

**8 Div. 261.**

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Appeal dismissed.

170 So. 923

**Bryce STRANGE v. STATE.**

**8 Div. 426.**

Court of Appeals of Alabama.
Oct. 27, 1936.

RICE, Judge.
Affirmed.

170 So. 923

**Neal STREETER v. George MURPHY.**

**8 Div. 378.**

Court of Appeals of Alabama.
Nov. 3, 1936.

Wm. L. Chenault, of Russellville, for appellant.

F. E. Throckmorton, of Tuscumbia, for appellee.

BRICKEN, Presiding Judge.
Reversed and remanded.

167 So. 924

**George STRICKLAND v. CITY OF BIRMINGHAM.**

**6 Div. 913.**

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

168 So. 907

**Alice STRICKLAND v. STATE.**

**6 Div. 924.**

Court of Appeals of Alabama.
May 12, 1936.

RICE, Judge.
Appeal dismissed.